UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL CURTIS PAINTER,<br><br>    Defendant. | 2:15-CR-0011-TOR<br><br>Final Order of Forfeiture |

On August 31, 2015, this Court entered the Preliminary Order of Forfeiture (ECF No. 82) in accordance with 18 U.S.C. § 924 and 28 U.S.C. § 2461(c), forfeiting the following assets to the United States:

FIREARMS/AMMUNITION

1. a Sturm and Ruger .45 caliber handgun, bearing serial number 660-71645;
2. eight rounds of ammunition head-stamped "Winchester .45 Auto";
3. six rounds of ammunition head-stamped "Hornaday 10 mm";
4. five rounds ammunition head-stamped "Winchester 10 mm auto";
5. two rounds of ammunition head-stamped "CCI 10 mm auto";
6. two rounds of ammunition head-stamped "CCI .40 S&W"; and,
7. 33 rounds of ammunition head-stamped "WIN 25 Auto."

As the property is in the custody of the United States, and pursuant to 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), a notice of publication of the preliminary order was filed. (ECF Nos. 98, 98-1 and 98-

FINAL ORDER OF FORFEITURE - 1

2).  Based upon the publication start date of September 4, 2015, the claim deadline was November 3, 2015.  To date no claims or petitions have been received or filed.

The time for filing petitions for the above-referenced assets has expired, as provided for in Fed. R. Crim. Pro. 32.2(c), and 21 U.S.C. § 853(n), and incorporated by 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and no petitions or claims for the assets have been filed.

Accordingly, IT IS HEREBY ORDERED that:

The Court's August 31, 2015, Preliminary Order of Forfeiture (ECF No. 82) is final as to the Defendant and as to any and all persons or entities and the assets are hereby forfeited to the United States and shall be disposed of in accordance with law.

DATED April 19, 2016.



THOMAS O. RICE
Chief United States District Judge

FINAL ORDER OF FORFEITURE - 2