PROB 12C
(6/16)

Report Date: December 1, 2017

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Curtis Painter        Case Number: 0980 2:15CR00011-TOR-1

Address of Offender:        Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: April 19, 2016

| | | |
|---|---|---|
| Original Offense: | Felon in possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: April 19, 2016 | Prison - 92 months TSR - 36 months | Type of Supervision: Supervised Release |
| Amended Sentence October 19, 2017 | Prison - 42 months TSR - 24 months | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: October 19, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: October 18, 2019 |

## PETITIONING THE COURT

**To issue a warrant**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  On October 23, 2017, Mr. Painter reported to the U.S. Probation Office for the purpose of an intake.  He signed his judgment acknowledging an understanding of his conditions, to include special condition number 3, as noted above.

In addition, Mr. Painter was informed that he was being referred to Pioneer Human Services (PHS) for random urinalysis testing.  At that time he was  assigned the color brown 2, and directed to call the PHS urinalysis (UA) hotline daily. In the event PHS reported that the color of the day was brown 2, he was directed to report to their office and submit to testing between the hours of  7 a.m. and 7 p.m.  On October 25 and 26, 2017, the color of the day for drug testing was brown 2. Mr. Painter failed to appear for his random urinalysis tests on both days.

Prob12C
**Re: Painter, Michael Curtis**
**December 1, 2017**
**Page 2**

The undersigned officer confronted Mr. Painter on his missed urinalysis tests. He claimed he called the UA hotline, and further stated he did not hear his color called. Mr. Painter did report on October 30, 2017, and provided a negative urinalysis test

2       **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On October 23, 2017, Mr. Painter reported to the U.S. Probation Office for the purpose of an intake. He signed his judgment acknowledging an understanding of his conditions, to include special condition number 3, as noted above.

On November 2, 2017, Mr. Painter reported to the U.S. Probation Office and submitted to a random urinalysis test. The urine sample tested presumptive positive for methamphetamine, and the urine sample was sent to Alere Toxicology for further testing. Mr. Painter initially denied using methamphetamine; however, admitted to using methamphetamine several days later. He signed a drug use admission form. The toxicology report from Alere Toxicology was received on November 9, 2017. The toxicology report was unable to confirm a positive or negative result, citing " mass spectrometry interference for methamphetamine." The undersigned officer contacted Alere Toxicology for an explanation, and staff responded with an email. In the explanation, staff reported that occasionally this may be caused by a medication the donor is taking or an intentional adulteration.

On November 21, 2017, Mr. Painter reported to the U.S. Probation Office and submitted to a random urinalysis test. The urine sample tested presumptive positive for marijuana and was sent to Alere Toxicology for further testing. On November 27, 2017, the Alere toxicology report was received, confirming a positive result for marijuana.

3       **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On October 23, 2017, Mr. Painter reported to the U.S. Probation Office for the purpose of an intake. He signed his judgment acknowledging an understanding of his conditions, to include special condition number 3, as noted above.

In addition, Mr. Painter was informed that he was being referred to Pioneer Human Services (PHS) for random urinalysis testing. At that time he was assigned the color brown 2, and directed to call the PHS urinalysis (UA) hotline daily. In the event PHS reported that the color of the day was brown 2, he was directed to report to their office and submit to testing between the hours of 7 a.m. and 7 p.m. On November 30, 2017, the color of the day for drug testing was brown 2. He submitted to a random urinalysis test. The urine sample tested presumptive positive for methamphetamine and marijuana and was sent to Alere Toxicology for further testing.

**Prob12C**
**Re: Painter, Michael Curtis**
**December 1, 2017**
**Page 3**

On December 1, 2017, the undersigned met with Mr. Painter at his residence and confronted him on the positive urinalysis test.  Mr. Painter acknowledged that he "messed up" and admitted to using methamphetamine on November 29, 2017.

The U.S. Probation Office respectfully recommends the Court issue a **Warrant** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | 12/01/2017 |
| | s/Corey M. McCain |
| | Corey M. McCain |
| | U.S. Probation Officer |

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

December 1, 2017

Date