PROB 12C
(6/16)

Report Date: January 17, 2018

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Curtis Painter          Case Number: 0980 2:15CR00011-TOR-1

Address of Offender:                               Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: April 19, 2016

Original Offense:     Felon in possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

| | | |
|---|---|---|
| Original Sentence:<br>April 19, 2016 | Prison - 92 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>October 19, 2017 | Prison - 42 months<br>TSR - 24 months | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: October 19, 2017 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: October 18, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/01/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 1**: The defendant must not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On October 23, 2017, Mr. Painter reported to the U.S. Probation Office for the purpose of an intake. He signed his judgment acknowledging an understanding of his conditions, to include mandatory condition number 1, as noted above.<br><br>On January 14, 2018, a traffic stop was conducted by a Spokane County sheriff's deputy on a vehicle in which Mr. Painter was a passenger. The female driver was arrested for driving with a suspended license. More deputies arrived on scene and noticed Mr. Painter reaching around in the vehicle. A deputy contacted Mr. Painter, who was still in the vehicle. Mr. Painter locked the doors of the vehicle and failed to follow the commands of the deputy. After officers learned the identity of Mr. Painter, he continued to not follow commands after being told that he was under arrest. After several unsuccessful commands to surrender, |

Prob12C
Re: Painter, Michael Curtis
January 17, 2018
Page 2

deputies deployed less-lethal munitions to break the back driver's window. A K9 dog was then deployed. Mr. Painter quickly exited the vehicle and was taken into custody by several awaiting deputies. Concealed in Mr. Painter's waistband, deputies located a loaded firearm, with a round in the chamber. A bag of methamphetamine and a small glass pipe were also located on Mr. Painter's person.

A search warrant was obtained and executed on the vehicle. Investigators located a second loaded firearm and "several ounces of methamphetamine" in the passenger compartment where Mr. Painter was seated. A check of the firearm located in the car returned stolen. This continues to be an active investigation and additional charges are expected.

5   **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: On October 23, 2017, Mr. Painter reported to the U.S. Probation Office for the purpose of an intake. He signed his judgment acknowledging an understanding of his conditions, to include mandatory condition number 2, as noted above.

As noted above in violation number 4, Mr. Painter was a passenger in a vehicle that was pulled over by a Spokane County sheriff's deputy. During a search incident to arrest, Mr. Painter was found to be in possession of methamphetamine. Furthermore, a search warrant was executed on the vehicle and "several ounces of methamphetamine" were found in the vehicle where Mr. Painter was seated.

6   **Standard Condition # 10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e. anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence**: On October 23, 2017, Mr. Painter reported to the U.S. Probation Office for the purpose of an intake. He signed his judgment acknowledging an understanding of his conditions, to include standard condition number 10, as noted above

As noted above in violation number 4, Mr. Painter was a passenger in a vehicle that was pulled over by a Spokane County sheriff's deputy. Search incident to arrest, Mr. Painter was found to be in possession of a loaded firearm that was concealed in his waistband. Furthermore, a search warrant was executed on the vehicle and a second loaded firearm was found in the vehicle where Mr. Painter was seated. Mr. Painter is a convicted felon, prohibiting him from being in possession of firearms.

Prob12C
**Re: Painter, Michael Curtis**
**January 17, 2018**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/17/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
Signature of Judicial Officer

January 17, 2018
Date